*Wednesday, December 22, 1999*

## MERIT DOCKET

99–1863.  State ex rel. Walls v. Second Dist. Court of Appeals.

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

99–1884.  State ex rel. McDaniels v. Summit Cty. Ninth Dist. Court of Appeals.

In Mandamus and Procedendo. On complaint in mandamus and procedendo by Kenneth McDaniels. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

99–1927.  State ex rel. Craig v. Sargus.

In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant the writ.

99–1955.  State ex rel. Cripps v. Court of Appeals, Twelfth Dist.

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

99–2038.  State ex rel. Karns v. Ohio Adult Parole Auth.

In Habeas Corpus. On petition for writ of habeas corpus by Robert Karns. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

99–2080.  State ex rel. Cobler v. Ohio Adult Parole Auth.

In Habeas Corpus. On petition for writ of habeas corpus by Richard L. Cobler. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

99–2090.  In re Dugan.

In Habeas Corpus. On petition for writ of habeas corpus by Mark Spurlock. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.